W. J. FOURAKER v. CITY OF JACKSONVILLE, and WILLIAM
B. SIMMONS, as Commissioner of Buildings, also known
as Inspector of Buildings, for said City.

187 So. 908.
Division B.
Opinion Filed March 24, 1939.

P. H. Odom, for Plaintiff in Error;

Austin Miller and Gov. Hutchinson, for Defendants in
Error.

PER CURIAM.—This cause coming on to be heard upon
the transcript of the record and the briefs and oral argument
of counsel, and being duly considered by the Court, the
Court is of the opinion that there is no error in the record,
and it is considered, ordered and adjudged that the order of
the court below quashing the alternative writ of mandamus
and dismissing the cause, be and the same is hereby affirmed.

Affirmed.

WHITFIELD, P. J., and BROWN and CHAPMAN, J., concur.

BUFORD, J., concurs in the opinion and judgment.

Justices TERRELL and THOMAS not participating as au-
thorized by Section 4687 Compiled General Laws of 1927
and Rule 21-A of the Rules of this Court.